**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Madena Bishop<br><br>Debtor(s) | Case No. 14-20052 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2014.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 08/19/2014.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acceptance Now | Unsecured | 2,172.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| American Access Casualty Company | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| American Profit Recovery | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Associate Pathologists of Joliet | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| Bottom Dollar Payday Loan | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 1,350.00 | 1,350.89 | 1,350.89 | 0.00 | 0.00 |
| Cashnet USA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 262.49 | NA | NA | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 49.28 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 108.93 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL/BLAIR | Unsecured | 1,057.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 682.89 | 674.47 | 674.47 | 0.00 | 0.00 |
| Convergent | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 59.67 | NA | NA | 0.00 | 0.00 |
| Credit Lenders | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & A | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Disney Movie Club | Unsecured | 25.90 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Services | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| DYS Inc | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| EMP of Will County | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Acq | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ENHANCED RECOVERY CO L | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 262.00 | 262.49 | 262.49 | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 800.00 | 148.48 | 148.48 | 0.00 | 0.00 |
| Integrity Solution S | Unsecured | 1,116.00 | NA | NA | 0.00 | 0.00 |
| John H Stroger Hospital | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| Joliet Radological Service Corp | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Leading Egde Recovery | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,131.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,131.54 | 1,131.54 | 0.00 | 0.00 |
| Midwest Diagnostic Pathology | Unsecured | 12.24 | NA | NA | 0.00 | 0.00 |
| MITCHELL N KAY | Unsecured | 1,116.16 | NA | NA | 0.00 | 0.00 |
| MONROE & MAIN | Unsecured | NA | 171.85 | 171.85 | 0.00 | 0.00 |
| NATIONAL CREDIT LENDERS | Unsecured | 975.00 | 763.00 | 763.00 | 0.00 | 0.00 |
| Neurology Consultants | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| NICL Labratories | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| Nicor | Unsecured | 1,979.00 | NA | NA | 0.00 | 0.00 |
| Payday Max | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Assoc | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| Physicians Coop Community | Unsecured | 77.49 | NA | NA | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 4,440.00 | 4,440.30 | 4,440.30 | 0.00 | 0.00 |
| RAC ACCEPTANCE | Unsecured | 1,418.00 | NA | NA | 0.00 | 0.00 |
| Recovery One | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 6,942.00 | NA | 2,838.62 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 17,125.00 | 26,905.62 | 24,067.00 | 0.00 | 0.00 |
| Selportsvc | Unsecured | 28,985.00 | NA | NA | 0.00 | 0.00 |
| Selportsvc | Secured | 71,000.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 1,116.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Subscriber SErvices, INc. | Unsecured | 95.60 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EMERGENCY PHYSICIAN | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| UNITED GUARANTY INSURANCE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED GUARANTY INSURANCE CO | Unsecured | 25,222.00 | NA | NA | 0.00 | 0.00 |
| Virtuoso Sourcing Group, Inc | Unsecured | 1,281.78 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,067.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,067.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,781.64** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/03/2014                         By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**